MSB Physical Therapy, P.C. v Nationwide Ins. (2022 NY Slip Op
51378(U))

[*1]

MSB Physical Therapy, P.C. v Nationwide Ins.

2022 NY Slip Op 51378(U) [77 Misc 3d 140(A)]

Decided on December 23, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 23, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2021-478 K C

MSB Physical Therapy, P.C., as
Assignee of Bright, Sayquan U, Respondent,
against
Nationwide Ins., Appellant. 

Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Richard Tsai, J.), dated July 12, 2021. The order denied defendant's motion for summary
judgment dismissing the complaint and granted plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits,
defendant appeals from an order of the Civil Court denying defendant's motion which
had sought summary judgment dismissing the complaint on the ground that plaintiff had
failed to appear for duly scheduled examinations under oath (EUOs), and granting
plaintiff's cross motion for summary judgment.
Defendant's motion failed to establish that it had timely denied plaintiff's claims after
plaintiff's second failure to appear for an EUO (see Ezra Supply, Inc. v Nationwide
Affinity Ins. Co. of Am., — Misc 3d —, 2022 NY Slip Op 22383 [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2022]; FJL Med. Servs., P.C. v
Nationwide Ins., — Misc 3d —, 2022 NY Slip Op 51213[U] [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2022]; Island Life Chiropractic Pain Care,
PLLC v 21st Century Ins. Co., 74 Misc 3d 17 [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2021]; Quality Health Supply Corp. v Nationwide Ins., 69 Misc 3d
133[A], 2020 NY Slip Op 51226[U] [App Term, 2d Dept, 2d, 11th & 13th Jud
Dists 2020]). As defendant did not demonstrate that it is not precluded from raising its
proffered defense (see
Westchester Med. Ctr. [*2]v Lincoln Gen. Ins. Co.,
60 AD3d 1045 [2009]), defendant's motion for summary judgment dismissing the
complaint was properly denied.
As to plaintiff's cross motion, defendant does not challenge plaintiff's prima facie
case and so we do not pass upon the propriety of the Civil Court's determination with
respect thereto. Moreover, defendant's papers were insufficient to demonstrate that there
is a triable issue of fact as to its EUO no-show defense so as to warrant denial of
plaintiff's cross motion.
Accordingly, the order is affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 23,
2022